UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

Case No. 24-16918 KHT

Chapter 7

MICHELLE D. LEE,

Plaintiff/Appellant,

v.

BELLCO CREDIT UNION,

Defendant/Appellee.

Adversary No. 25-01237 KHT

NOTICE OF APPEAL

FILED
CLERK OF COURT
DEC 19 2025
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Notice is hereby given that Michelle D. Lee (Appellant), pro se, hereby appeals to the United States District Court for the District of Colorado from the following: (1) the Order Dismissing Adversary Proceeding entered on December 5, 2025 at docket no. 13; and (2) the Judgment entered on December 5, 2025 at docket no. 14, in Adversary Proceeding No. 25-01237 KHT (United States Bankruptcy Court for the District of Colorado, Judge Kimberley H. Tyson).

The name of the appellant filing this notice: Michelle D. Lee (pro se).

Address: 16480 Fairway Dr., Commerce City, CO 80022

Telephone: 346-554-9725

Email: [your email address]

The name of the appellee(s): Bellco Credit Union (through counsel Janeway Law Firm, P.C., N. April Winecki), and any other parties entitled to notice: Chapter 7 Trustee Tom H. Connolly (or Trustee name of record), the U.S. Trustee, and any other parties listed on the adversary and main case dockets.

The date of the judgment or order appealed from: December 5, 2025.

Docket numbers of the appealed order(s): Order Dismissing Adversary Proceeding (Dkt. No. 13); Judgment (Dkt. No. 14).

Relief sought on appeal: Reversal of the dismissal and vacatur of the Judgment and Order dismissing the adversary; in the alternative, remand for limited discovery, an evidentiary hearing, and leave to amend the complaint; and any other relief the District Court deems appropriate.

Appellant requests that the record on appeal include the entire bankruptcy court file and docket for Adversary No. 25-01237 KHT and the lead bankruptcy case No. 24-16918 KHT, including but not limited to the pleadings, motions, exhibits, orders, and the Court's transcripts of any hearings (if any were held).

Dated this _19_ day of ____28____, 2025.   _Michelle D. Lee_   12-19-25

Respectfully submitted,

Michelle D. Lee, pro se

16480 Fairway Dr.

Commerce City, CO 80022