IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO _____

**Civil Action No.1:25-CV-04142-NYW**
(Bankr. Adv. No. 25-01237; Ch 7: 24-16918 KHT)

In Re:
Michelle D. Lee
_____,

    Debtor.

**Michelle D. Lee**,_____,

    Appellant,

v.

**Bellco Credit Union,**_____,

    Appellee.

## COMBINED STATEMENTS
(Combined Statement of Admission to Practice, Statement of Interested Parties, and Statement Regarding Oral Argument)

### Statement of Admission to Practice or Statement of Pro Se Status

Pursuant to Tenth Circuit BAP Local Rule 8003-2(a), the undersigned attorney, counsel for Bellco Credit Union, Appellee, in the subject case states that they are admitted to practice before this Court.

### Statement of Interested Parties

Bellco Credit Union, Appellee, pursuant to Tenth Circuit BAP Local Rule 8003-2(b), hereby submits the following:

1.  Names of interested parties who are not listed in the notice of appeal (L.R. 8003-2(b)(1)):

    ☐ _____

    X **There are no such parties.**

2.  Names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (L.R. 8003-2(b)(2)):[**]

    ☐ _____

    X **There are no such parent or publicly held corporations.**

3.  Names of any attorneys who have previously appeared but who have not entered an appearance in this Court (L.R. 8003-2(b)(3)):

    X ___**Alison L. Berry, of Janeway Law Firm, P.C., has appeared in the Chapter 7 Bankruptcy Case, on behalf of Appellee, Bellco Credit Union. Ms. Berry is a colleague of the undersigned counsel**.

    ☐ There are no such prior attorneys.

4.  *Only complete this portion if (1) you are/represent the debtor or trustee, or (2) if neither the debtor nor the trustee are parties to the appeal, you are the Appellant.*

    a. List each debtor not named in the caption (Fed. R. Bankr. P. 8012(b)):

    ☐ _____

    ☐ There are no debtors not named in the caption.

    b. For each debtor listed in paragraph 4(a) that is a corporation, list the names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (8003-2(b)(2)):

    ☐ _____

---

[**] See 11 U.S.C. § 101(9) for the definition of "corporation."

☐ There are no such parent or publicly held corporations.

**Statement Regarding Oral Argument**

<u>Bellco Credit Union, Appellee</u>, pursuant to Tenth Circuit BAP Local Rule 8003-2(c), hereby submits the following statement regarding oral argument:

☐ Oral Argument is REQUESTED.

**X Oral argument is NOT REQUESTED.**

Dated: January 15, 2026

              Attorney for BELLCO CREDIT UNION

              */s/ N. April Winecki*

              _____
              N. April Winecki #34861
              Janeway Law Firm, P.C.
              9540 Maroon Circle, Suite 320
              Englewood, CO 80112
              Phone: (303) 706-9990
              Fax: (303) 706-9994
              bankruptcy@janewaylaw.com
              JLF #: 25-034634

**Certificate of Service**

The undersigned hereby certifies that on January 16, 2026 a copy of the foregoing Combined Statements was served:

**VIA US FIRST CLASS MAIL POSTAGE PREPAID TO:**

Michelle Deon Lee
16480 Fairway Dr
Commerce City, CO 80022


*/s/*
By: Amanda Schroeder, Paralegal
JANEWAY LAW FIRM, P.C.
bankruptcy@janewaylaw.com
File: 25-034634/Lee